JONATHAN C. DICKEY, SBN 88226
JDickey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

DANIEL S. FLOYD, SBN 123819
DFloyd@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants
Herbalife Ltd., Michael O. Johnson,
Desmond Walsh, John DeSimone, and
Richard Goudis

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABDUL AWAD,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br> vs.<br><br>HERBALIFE LTD., MICHAEL O. JOHNSON, DESMOND WALSH, JOHN DESIMONE, AND RICHARD GOUDIS,<br><br>     Defendants. | Case No. 2:14-CV-02850-DSF (JCGx)<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AS TO INTERESTED PARTIES** |

Gibson, Dunn &
Crutcher LLP

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District of California Local Rule 7.1-1, the undersigned, Counsel of Record for Defendants Herbalife Ltd., Michael O. Johnson, Desmond Walsh, John DeSimone, and Richard Goudis, certify that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are being made to enable the Court to evaluate possible disqualifications or recusal.

- Herbalife Ltd.
- Michael O. Johnson
- Desmond Walsh
- John DeSimone
- Richard Goudis

Herbalife Ltd. is a publicly traded company with no parent corporation and no publicly held corporation owning 10% or more of its stock.

Counsel of Record in this case include:

- Gibson, Dunn & Crutcher LLP, Counsel for Defendants
- Jonathan C. Dickey, Counsel for Defendants
- Daniel S. Floyd, Counsel for Defendants
- Alexander K. Mircheff, Counsel for Defendants
- Pomerantz LLP, Counsel for Plaintiff Abdul Awad
- Marc I. Gross, Counsel for Plaintiff Abdul Awad
- Jeremy A. Lieberman, Counsel for Plaintiff Abdul Awad
- Patrick V. Dahlstrom, Counsel for Plaintiff Abdul Awad
- Glancy Binkow and Goldberg LLP, Counsel for Plaintiff Abdul Awad
- Michael M. Goldberg, Counsel for Plaintiff Abdul Awad
- Robert Vincent Prongay, Counsel for Plaintiff Abdul Awad
- Lionel Zevi Glancy, Counsel for Plaintiff Abdul Awad

1
2   DATED: June 5, 2014
3
4                                  GIBSON, DUNN & CRUTCHER LLP
5
                                   By:    /s/ JONATHAN C. DICKEY
6                                         JONATHAN C. DICKEY
7
                                   Attorneys for Defendants Herbalife Ltd., Michael O.
8                                  Johnson, Desmond Walsh, John DeSimone, and
                                   Richard Goudis
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071. On June 5, 2014, I caused the foregoing document to be served as follows:

**[X]** by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on June 5, 2014, at Los Angeles, California.

/s/ Alexander K. Mircheff
Alexander K. Mircheff

Gibson, Dunn & Crutcher LLP