LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
ROBERT V. PRONGAY (#270796)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Jeremy A. Lieberman
Francis P. McConville
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
         fmcconville@pomlaw.com

Patrick V. Dahlstrom
**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184
E-mail: pdahlstrom@pomlaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL AWAD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HERBALIFE, LTD., MICHAEL O. JOHNSON, DESMOND WALSH, JOHN DESIMONE, and RICHARD GOUDIS,<br><br>Defendants. | No. 2:14-CV-02850-DSF-JCG<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF THE HERBALIFE INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>DATE: July 14, 2014<br>TIME: 1:30 p.m.<br>COURTROOM: 840<br>JUDGE: Hon. Dale S. Fischer |

On June 14, 2014, plaintiffs Davin Pokoik and Karen Richardson (the "Herbalife Investor Group") filed a motion under the Private Securities Litigation Reform Act of 1995 ("PSLRA") for consolidation of related action, appointment as lead plaintiff and approval of selection of lead counsel in this matter. *See* ECF No. 25. The Herbalife Investor Group is aware that another movant also filed a motion for similar relief with the Court.

Based upon the Herbalife Investor Group's review of the submissions to date, it appears that the Herbalife Investor Group does not assert the largest financial interest in the relief being sought by the class (*see* 15 U.S.C. §78u-4(a)(3)(B)(iii)), and that the lead plaintiff group that includes the Oklahoma Firefighters Pension and Retirement System and the City of Atlanta Firefighters' Pension Fund (the "Firefighters' Pension Funds") does possess the largest financial interest. Moreover, the application submitted by the Firefighters' Pension Funds indicates that they will fairly and adequately represent the interests of the Class.

Accordingly, the Herbalife Investor Group hereby withdraws its motion for appointment as lead plaintiff [ECF No. 25].

Dated: June 30, 2014                    Respectfully submitted,

By: *s/ Michael Goldberg*
**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
E-mail:       info@glancylaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  212-661-1100
Facsimile:   212-661-8665

-and-

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

*Counsel for the Herbalife Investor Group and Proposed Lead and Liaison Counsel for the Class*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On June 30, 2014, I caused to be served the following document:

**NOTICE OF WITHDRAWAL OF MOTION OF THE HERBALIFE INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2014, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

285315.1 HERBALIFE

# Mailing Information for a Case 2:14-cv-02850-DSF-JCG Abdul Awad v. Herbalife Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jonathan C Dickey**
  jdickey@gibsondunn.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Francis P McConville**
  fmcconville@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com

- **Jon A Tostrud**
  jtostrud@tostrudlaw.com,acarter@tostrudlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)