| | |
|---|---|
| 1 | **SAXENA WHITE P.A.** |
| | Maya Saxena |
| 2 | Joseph E. White, III |
| | Lester R. Hooker (241590) |
| 3 | 2424 N. Federal Highway, Suite 257 |
| | Boca Raton, FL  33431 |
| 4 | Telephone:  (561) 394-3399 |
| | Facsimile:   (561) 394-3382 |
| 5 | E-mail:       msaxena@saxenawhite.com |
| |                jwhite@saxenawhite.com |
| 6 |                lhooker@saxenawhite.com |
| 7 | *Lead Counsel for the Class and* |
| | *Counsel for the Firefighters' Pension Funds* |
| 8 | |
| | **TOSTRUD LAW GROUP, P.C.** |
| 9 | Jon A. Tostrud (SBN 199502) |
| | 1925 Century Park East, Suite 2125 |
| 10 | Los Angeles, California 90067 |
| | Telephone:  (310) 278-2600 |
| 11 | Facsimile:   (310) 278-2640 |
| | E-mail:       jtostrud@tostrudlaw.com |
| 12 | |
| | *Local Counsel for the Class and* |
| 13 | *Counsel for the Firefighters' Pension Funds* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE HERBALIFE, LTD. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | No. 2:14-CV-02850-DSF (JCGx) <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION REGARDING AMENDED COMPLAINT FILING AND RESPONSE THERETO** |

1       The undersigned counsel for the parties herein submit for the Court's approval the following Stipulation:

        WHEREAS, Plaintiff Abdul Awad commenced this action (the "Action") by filing his Class Action Complaint on April 14, 2014;

        WHEREAS, on June 5, 2014, the parties to the Action filed a Stipulation Regarding Response to Plaintiff's Complaint (Dkt. No. 22), which stated, among other things, that counsel for Defendants have agreed to accept service of the Complaint on behalf of all Defendants, subject to a stipulation that no responsive pleading would be required of Defendants in light of the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and which further requested a stay of all deadlines pending the Court's Lead Plaintiff appointment pursuant to the PSLRA;

        WHEREAS, on June 6, 2014, the Court entered an Order Granting Stipulation Regarding Response To Plaintiff's Complaint (Dkt. No. 24), which provided, among other things, that "[w]ithin 14 days following the entry of the Court's order appointing Lead Plaintiff, the designated Lead Plaintiff and Defendants shall meet and confer regarding a deadline for an amended complaint and a briefing schedule for any motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure";

        WHEREAS, on July 30, 2014, the Court entered an Order Granting Firefighters' Pension Funds' Motion For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel (Dkt. No. 43), which appointed the Oklahoma Firefighters Pension and Retirement System and the City of Atlanta Firefighters' Pension Fund (the "Firefighters' Pension Funds" or "Lead Plaintiffs") as Lead Plaintiffs and approved of Lead Plaintiffs' selection of Saxena White P.A. as Lead Counsel and the Tostrud Law Group, P.C. as Local Counsel;

WHEREAS, following the Court's Lead Plaintiff Order, Lead Plaintiffs and Defendants conferred regarding a deadline for the filing of Lead Plaintiffs' amended complaint (the "Amended Complaint") and a briefing schedule for Defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. Lead Plaintiffs shall file their Amended Complaint on or before September 18, 2014.

2. Defendants shall file their motion(s) to dismiss or otherwise respond to the Amended Complaint on or before November 3, 2014.

3. If Defendants move to dismiss the Amended Complaint, Lead Plaintiffs shall file their memorandum in opposition to Defendants' motion to dismiss on or before December 18, 2014.

4. Defendants shall file their reply brief(s) in further support of their motion(s) to dismiss the Amended Complaint on or before January 23, 2015.

Dated: August 13, 2014        Respectfully submitted,

By: */s/ Jon A. Tostrud*

**TOSTRUD LAW GROUP, P.C.**
Jon A. Tostrud (SBN 199502)
1925 Century Park East, Suite 2125
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
E-mail: jtostrud@tostrudlaw.com

*Local Counsel and Counsel for the Firefighters' Pension Funds*

|   |   |
|---|---|
| 1 | **SAXENA WHITE P.A.**<br>Maya Saxena |
| 2 | Joseph E. White, III<br>Lester R. Hooker (241590) |
| 3 | 2424 N. Federal Highway, Suite 257<br>Boca Raton, FL 33431 |
| 4 | Telephone: (561) 394-3399<br>Facsimile: (561) 394-3382 |
| 5 | E-mail: msaxena@saxenawhite.com<br>jwhite@saxenawhite.com |
| 6 | lhooker@saxenawhite.com |

*Lead Counsel and Counsel for the Firefighters' Pension Funds*

By: */s/ Daniel S. Floyd*

JONATHAN C. DICKEY, SBN 88226
JDickey@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

DANIEL S. FLOYD, SBN 123819
DFloyd@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
AMircheff@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorney for Defendants Herbalife Ltd., Michael O. Johnson, Desmond Walsh, John DeSimone, and Richard Goudis*

---

STIPULATION REGARDING AMENDED COMPLAINT FILING AND RESPONSE THERETO
Case No. 2:14-CV-02850-DSF (JCGx)—Page 3