1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE HERBALIFE, LTD. SECURITIES LITIGATION | ) No. 2:14-CV-02850-DSF (JCGx)<br>)<br>) <u>CLASS ACTION</u><br>)<br>) **ORDER GRANTING**<br>) **STIPULATION REGARDING**<br>) **AMENDED COMPLAINT**<br>) **FILING AND RESPONSE**<br>) **THERETO**<br>) |

Having reviewed the parties' Stipulation Regarding Amended Complaint Filing and Response Thereto, and for good cause shown, the Court orders as follows:

1. Lead Plaintiffs shall file their Amended Complaint on or before September 18, 2014.

2. Defendants shall file their motion(s) to dismiss or otherwise respond to the Amended Complaint on or before November 3, 2014.

3. If Defendants move to dismiss the Amended Complaint, Lead Plaintiffs shall file their memorandum in opposition to Defendants' motion to dismiss on or before December 18, 2014.

4. Defendants shall file their reply brief(s) in further support of their motion(s) to dismiss the Amended Complaint on or before January 23, 2015.

**IT IS SO ORDERED.**

DATED this _15th day of August, 2014.

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE