JONATHAN C. DICKEY, SBN 88226
JDickey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

DANIEL S. FLOYD, SBN 123819
DFloyd@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants
Herbalife Ltd., Michael O. Johnson,
Desmond Walsh, and John DeSimone

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE HERBALIFE, LTD. SECURITIES LITIGATION | Case No. 2:14-CV-02850-DSF (JCGx) **JOINT STIPULATION REQUESTING EXTENSION OF PAGE LIMITS** |

Defendants Herbalife Ltd., Michael O. Johnson, Desmond Walsh, and John DeSimone ("Defendants"), by and through their counsel of record, submit this stipulation to request an extension of the page limit for briefing regarding Defendants' forthcoming Motion to Dismiss.

WHEREAS, because Plaintiffs bring complex claims under Section 10(b) and 20(a) of the Exchange Act of 1934, Defendants' Motion to Dismiss requires extensive briefing.

WHEREAS, Defendants believe that the Local Rule 11-6 limit of 25 pages for their Motion to Dismiss is insufficient because the allegations in the Amended Complaint span over 200 paragraphs.

WHEREAS, both Defendants and Plaintiffs agree that a 35-page limit for Defendants' Motion to Dismiss is appropriate to allow the issues to be adequately addressed.

WHEREAS, both Defendants and Plaintiffs agree that a 35-page limit for Plaintiff's opposition to Defendants' Motion to Dismiss is appropriate to allow for the issues to be adequately addressed.

WHEREAS, both Defendants and Plaintiffs submit that good cause exists for extending the page limits for their briefs regarding the Motion to Dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:

1)	The page limit for Defendants' forthcoming Motion to Dismiss shall be extended to 35 pages;

2)	The page limit for Plaintiffs' opposition to the Motion to Dismiss shall be extended to 35 pages;

3)	No deadlines will be affected;

4)	The parties reserve all rights.

1    DATED:  October 27, 2014      Respectfully Submitted,

2

3                                      JONATHAN C. DICKEY
                                       GIBSON, DUNN & CRUTCHER LLP

4

5

6                                        By:    */s/ Jonathan C. Dickey*
                                                   Jonathan C. Dickey

7                                        Attorneys for Defendants

8

9    DATED:  October 27, 2014      LESTER HOOKER
                                       SAXENA WHITE

10

11                                        By:    */s/ Lester Hooker*
                                                   Lester Hooker

12                                        Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California  90071.  On October 28, 2014, I caused the foregoing document to be served as follows:

> **[X]**  by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on October 28, 2014, at Los Angeles, California.

_____
Alexander K. Mircheff

STIPULATION REQUESTING EXTENSION OF PAGE LIMITS

Gibson, Dunn &
Crutcher LLP