JONATHAN C. DICKEY, SBN 88226
JDickey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

DANIEL S. FLOYD, SBN 123819
DFloyd@gibsondunn.com
ALEXANDER K. MIRCHEFF, SBN 245074
AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants
Herbalife Ltd., Michael O. Johnson,
Desmond Walsh, and John DeSimone

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE HERBALIFE, LTD. SECURITIES LITIGATION | Case No. 2:14-CV-02850-DSF (JCGx) <br><br> **DECLARATION OF DANIEL S. FLOYD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

I, Daniel S. Floyd, declare:

1. I am an attorney duly admitted to practice before the United States District Court for the Central District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants Herbalife Ltd. ("Herbalife"), Michael O. Johnson, Desmond Walsh, and John DeSimone (collectively, "Defendants") in this action. I submit this declaration in support of the Motion to Dismiss filed by Defendants. I make this declaration based on my own personal knowledge and, if called as a witness, I could and would competently testify to the facts set forth below.

2. Attached as Exhibit 1 is a true and correct copy of relevant excerpts of Herbalife's Form 10-K for the period ending December 31, 2009, filed with the U.S. Securities and Exchange Commission ("SEC") on February 23, 2010, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

3. Attached as Exhibit 2 is a true and correct copy of relevant excerpts of Herbalife's Form 10-K for the period ending December 31, 2010, filed with the SEC on February 22, 2011, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

4. Attached as Exhibit 3 is a true and correct copy of relevant excerpts of Herbalife's Form 10-K for the period ending December 31, 2011, filed with the SEC on February 21, 2012, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

5. Attached as Exhibit 4 is a true and correct copy of relevant excerpts of Herbalife's Form 10-K for the period ending December 31, 2012, filed with the SEC on February 19, 2013, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

6. Attached as Exhibit 5 is a true and correct copy of relevant excerpts of Herbalife's Form 10-K for the period ending December 31, 2013, filed with the SEC on February 18, 2014, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

7. Attached as Exhibit 6 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending March 31, 2011, filed with the SEC on May 2, 2011, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

8.     Attached as Exhibit 7 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending June 30, 2011, filed with the SEC on August 1, 2011, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

9.     Attached as Exhibit 8 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending September 30, 2011, filed with the SEC on October 31, 2011, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

10.     Attached as Exhibit 9 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending March 31, 2012, filed with the SEC on April 30, 2012, and a*vailable at* http://www.sec.gov and http://ir.herbalife.com/.

11.     Attached as Exhibit 10 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending June 30, 2012, filed with the SEC on July 30, 2012, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

12.     Attached as Exhibit 11 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending September 30, 2012, filed with the SEC on October 29, 2012, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

13.     Attached as Exhibit 12 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending March 31, 2013, filed with the SEC on April 29, 2013, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

14.     Attached as Exhibit 13 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q/A for the period ending March 31, 2013, filed with the SEC on December 16, 2013, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

15.     Attached as Exhibit 14 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending June 30, 2013, filed with the SEC on July 29, 2013, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

16.     Attached as Exhibit 15 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending September 30, 2013, filed with the SEC on October 28, 2013, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

17. Attached as Exhibit 16 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending March 31, 2014, filed with the SEC on April 28, 2014, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

18. Attached as Exhibit 17 is a true and correct copy of relevant excerpts of Herbalife's Form 10-Q for the period ending June 30, 2014, filed with the SEC on July 28, 2014, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

19. Attached as Exhibit 18 is a true and correct copy of Herbalife's Form 8-K for the period ending May 1, 2012, filed with the SEC on May 2, 2012, and *available at* http://www.sec.gov and http://ir.herbalife.com/.

20. Attached as Exhibit 19 are true and correct copies of the Forms 4 filed with the SEC concerning Johnson's sales of Herbalife stock for the six months before, and during, Plaintiffs' proposed class period. The relevant contents of these filings are summarized in Appendix C.1, prepared by Defendants' counsel.

21. Attached as Exhibit 20 are true and correct copies of the Forms 4 filed with the SEC concerning Walsh's sales of Herbalife stock for the six months before, and during, Plaintiffs' proposed class period. Also included is a Form 4 demonstrating a purchase of stock shortly after the proposed class period. The relevant contents of these filings are summarized in Appendix C.2, prepared by Defendants' counsel.

22. Attached as Exhibit 21 are true and correct copies of the Forms 4 filed with the SEC concerning DeSimone's sales of Herbalife stock for the six months before, and during, Plaintiffs' proposed class period. Also included is a Form 4 demonstrating a purchase of stock shortly after the proposed class period. The relevant contents of these filings are summarized in Appendix C.3, prepared by Defendants' counsel.

23. Attached as Exhibit 22 is a true and correct copy of Herbalife's Press Release, entitled "Herbalife Announces Results of Study on Distributors and End Users in the U.S.," dated June 11, 2013, and *available at* http://ir.herbalife.com/releasedetail.cfm?ReleaseID=770738.

24. Attached as Exhibit 23 is a true and correct copy of Herbalife's Press Release, entitled "Herbalife Ltd. Announces Second Quarter 2014 Results and Raises 2014 Earnings Guidance," dated July 28, 2014, and *available at* http://ir.herbalife.com/releasedetail.cfm?ReleaseID=862450.

25. Attached as Exhibit 24 is a true and correct copy of relevant excerpts of a PowerPoint presentation, entitled "Herbalife Investor Day Presentation," and dated January 10, 2013.

26. Attached as Exhibit 25 is a true and correct copy of relevant excerpts of a transcript of Herbalife's May 1, 2012 earnings conference call, *available at* http://ir.herbalife.com/.

27. Attached as Exhibit 26 is a true and correct copy of an article published by *The New York Times* on October 25, 2014, and entitled "Bill Ackman and His Hedge Fund, Betting Big."

28. Attached as Exhibit 27 is a true and correct copy of an article published by *The New York Times* on December 20, 2012, and entitled "Ackman Outlines Bet Against Herbalife."

29. Attached as Exhibit 28 is a true and correct copy of an article published by *The New York Times* on January 10, 2013, and entitled "What's at the Center of the Debate Over Herbalife."

30. Attached as Exhibit 29 is a true and correct copy of an article published by *The New York Times* on January 9, 2013, and entitled "S.E.C. Opens Investigation Into Herbalife."

31. Attached as Exhibit 30 is a true and correct copy of an article published by the *New York Post* on July 17, 2013, and entitled "FTC Herbalife meeting spicy."

32. Attached as Exhibit 31 is a true and correct copy of an article published by *The New York Times* on March 5, 2013, and entitled "In Herbalife 'Short War,' Hedge Funds Miss the Target."

33. Attached as Exhibit 32 is a true and correct copy of an article published by *The New York Times* on May 1, 2012, and entitled "Einhorn Questions Prompt Selloff at Herbalife." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

34. Attached as Exhibit 33 is a true and correct copy of an article published by *Reuters* on May 1, 2012, and entitled "Herbalife shares swoon on Einhorn queries." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

35. Attached as Exhibit 34 is a true and correct copy of an article published by *Business Insider* on December 19, 2012, and entitled "Bill Ackman Is Short Herbalife And The Stock Is Diving." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

36. Attached as Exhibit 35 is a true and correct copy of an article published by *Reuters* on December 20, 2012, and entitled "Pershing Square's Ackman shorts Herbalife; stock skids." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

37. Attached as Exhibit 36 is a true and correct copy of an article published by *TheStreet* on December 21, 2012, and entitled "Herbalife Defenders Get Personal With Ackman, Shorts." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

38. Attached as Exhibit 37 is a true and correct copy of an article published by *The New York Times* on January 23, 2014, and entitled "Senator Is Lobbying for Inquiry on Herbalife." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

39. Attached as Exhibit 38 is a true and correct copy of an article published by *Bloomberg* on January 23, 2014, and entitled "Herbalife Falls as Senator Calls for Probe of Business Practices." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

40. Attached as Exhibit 39 is a true and correct copy of an article published by *Fox Business* on January 23, 2014, and entitled "Herbalife Sells Off as U.S. Senator Calls for Pyramid Scheme Probe." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

41. Attached as Exhibit 40 is a true and correct copy of an article published by *Business Insider* on January 23, 2014, and entitled "Herbalife is Tanking." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

42. Attached as Exhibit 41 is a true and correct copy of an article published by *The Boston Globe* on March 15, 2014, and entitled "Markey may have exaggerated claims about Herbalife." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

43. Attached as Exhibit 42 is a true and correct copy of an article published by *The New York Times* on March 12, 2014, and entitled "F.T.C. Inquiry Into Herbalife Prompts Big Share Selloff." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

44. Attached as Exhibit 43 is a true and correct copy of an article published by *The Wall Street Journal* on March 12, 2014, and entitled "Federal Trade Commission Starts Herbalife Probe." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

45. Attached as Exhibit 44 is a true and correct copy of an article published by *MarketWatch* on July 28, 2014, and entitled "Herbalife slumps in after hours as earnings fall short." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

46. Attached as Exhibit 45 is a true and correct copy of an article published by the *Los Angeles Times* on July 28, 2014, and entitled "Herbalife profits are below expectations; shares fall after-hours." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

47. Attached as Exhibit 46 is a true and correct copy of an article published by the *Los Angeles Business Journal* on July 19, 2010, and entitled "Herbalife leads lean, mean pack of profitability." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

48. Attached as Exhibit 47 is a true and correct copy of an article published by the *Miami Herald* on October 19, 2009, and entitled "Do homework before starting home business." The relevant portions of this article are excerpted in Appendix B, prepared by Defendants' counsel.

49. Attached as Exhibit 48 is a true and correct copy of a Final Judgment stipulated and consented to by the State of California and Herbalife, and filed on October 15, 1986.

50. Appendix A to the Motion to Dismiss is a chart prepared by Defendants' counsel that contains true and correct relevant excerpts of certain of the Company's Form 10-Ks and 10-Qs as filed with the SEC.

51. Appendix B to the Motion to Dismiss is a chart prepared by Defendants' counsel containing true and correct relevant excerpts of public news articles.

52. As mentioned above, Appendices C.1, C.2, and C.3 to the Motion to Dismiss are charts prepared by Defendants' counsel summarizing the contents of the Forms 4 attached hereto.

53. Appendix D to the Motion to Dismiss is a chart prepared by Defendants' counsel reflecting true and correct prices of Herbalife stock at the close from August 23, 2010 through October 27, 2014, as indicated by Yahoo Finance and adjusted to normalize the prices in light of Herbalife's 2:1 stock split approved in April 2011 and implemented on May 17, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own knowledge. Executed this 3rd day of November 2014, at Los Angeles, California.

By: _____
DANIEL S. FLOYD