| | |
|---|---|
| 1 | JONATHAN C. DICKEY, SBN 88226 |
| 2 | JDickey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 1881 Page Mill Road<br>Palo Alto, California 94304-1211 |
| 4 | Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |
| 5 | DANIEL S. FLOYD, SBN 123819 |
| 6 | DFloyd@gibsondunn.com<br>ALEXANDER K. MIRCHEFF, SBN 245074 |
| 7 | AMircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 8 | 333 South Grand Avenue<br>Los Angeles, California 90071-3197 |
| 9 | Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| 10 | Attorneys for Defendants |
| 11 | Herbalife Ltd., Michael O. Johnson,<br>Desmond Walsh, and John DeSimone |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE HERBALIFE, LTD.<br>SECURITIES LITIGATION | CASE NO. 2:14-cv-02850-DSF (JCGx)<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>**Hearing:**<br>Current Date: February 9, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 840<br>255 East Temple St.<br>Los Angeles, CA 90012<br>Judge: Hon. Dale S. Fischer |

The undersigned counsel for the Parties hereby submit for the Court's approval the following Stipulation:

WHEREAS, on November 4, 2014, Defendants moved to dismiss Plaintiffs' Amended Complaint;

WHEREAS, on December 18, 2014, Plaintiffs submitted their opposition to Defendants' Motion to Dismiss;

WHEREAS, on January 23, 2015, Defendants submitted their reply brief in further support of their Motion to Dismiss;

WHEREAS, Defendants' Motion to Dismiss the Complaint is currently noticed for hearing on February 9, 2015;

WHEREAS, Defendants' counsel who will argue the Motion to Dismiss, Jonathan C. Dickey, is currently experiencing a temporary medical issue and, on his Doctor's advice, should not travel for the next several weeks.

WHEREAS, due to Defendants' counsel's medical issue, the Parties have agreed that, subject to court approval, the February 9, 2015 hearing on Defendants' Motion to Dismiss should be rescheduled to Monday, March 9, 2015 at 1:30 p.m., by which time, based on his Doctor's orders, Defendants' counsel expects to be physically able to travel to Los Angeles from Northern California, and attend and argue the Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:

1) The hearing on Defendants' Motion to Dismiss the Complaint currently noticed for February 9, 2015 at 1:30 p.m. is hereby continued to March 9, 2015 at 1:30 p.m.

2) This Stipulation and [Proposed] Order is without prejudice to any Party's right to seek a further continuance of the hearing date for good cause shown.

| | | |
|---|---|---|
| 1 | DATED:  January 29, 2015 | Respectfully Submitted, |
| 2 | | JONATHAN C. DICKEY |
| 3 | | GIBSON, DUNN & CRUTCHER LLP |

By: */s/ Jonathan C. Dickey*
      Jonathan C. Dickey

Attorneys for Defendants

DATED:  January 29, 2015        LESTER HOOKER
                                SAXENA WHITE PA

By: */s/ Lester Hooker*
      Lester Hooker

Attorneys for Plaintiffs

DATED:  January 29, 2015        JON A. TOSTRUD
                                TOSTRUD LAW GROUP PC

By: */s/ Jon A. Tostrud*
      Jon A. Tostrud

Attorneys for Plaintiffs

Gibson, Dunn & Crutcher LLP

2
STIPULATION REQUESTING CONTINUATION OF HEARING

# **PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071. On January 29, 2015, I caused the foregoing document and its attachment—namely, the JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT and the [PROPOSED] ORDER GRANTING THE JOINT STIPULATION—to be served as follows:

**[X]** by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on January 29, 2015, at Los Angeles, California.

                                                  */s/ Alexander K. Mircheff*
                                                    Alexander K. Mircheff

Gibson, Dunn & Crutcher LLP