1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE HERBALIFE, LTD. SECURITIES LITIGATION | CASE NO. 2:14-cv-02850-DSF (JCGx) <br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
|---|---|

Having reviewed the Parties' Stipulation to Continue the Hearing on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, and for good cause shown, the Court orders as follows:

1) The hearing on Defendants' Motion to Dismiss the Complaint currently noticed for February 9, 2015 at 1:30 p.m. is hereby continued to March 9, 2015 at 1:30 p.m.

2) This Order is without prejudice to any Party's right to seek a further continuance of the hearing date for good cause shown.

DATED this __th day of _____, 2015.

_____
Hon. Dale S. Fischer
United States District Judge