**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice*)
Lester R. Hooker (SBN 241590)
5200 Town Center Circle, Suite 601
Boca Raton, FL  33486
Telephone:  (561) 394-3399
Facsimile:  (561) 394-3382
E-mail:  msaxena@saxenawhite.com
         lhooker@saxenawhite.com

*Lead Counsel for the Class and*
*Counsel for the Firefighters' Pension Funds*

**TOSTRUD LAW GROUP, P.C.**
Jon A. Tostrud (SBN 199502)
1925 Century Park East, Suite 2125
Los Angeles, California 90067
Telephone:  (310) 278-2600
Facsimile:  (310) 278-2640
E-mail:  jtostrud@tostrudlaw.com

*Local Counsel for the Class and*
*Counsel for the Firefighters' Pension Funds*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE HERBALIFE, LTD. SECURITIES LITIGATION | No. 2:14-CV-02850-DSF (JCGx) <br> **CLASS ACTION** <br> **NOTICE OF FILING OF LEAD PLAINTIFFS' AMENDED CERTIFICATIONS** |

Lead Plaintiffs the Oklahoma Firefighters Pension and Retirement System and the City of Atlanta Firefighters' Pension hereby file the attached amended certifications of Lead Plaintiffs:

- Exhibit 1: Amended Certification of Oklahoma Firefighters Pension and Retirement System
- Exhibit 2: Amended Certification of City of Atlanta Firefighters' Pension

Dated: January 30, 2015

Respectfully submitted,

**TOSTRUD LAW GROUP, P.C.**

By: *s/ Jon A. Tostrud*
Jon A. Tostrud
1925 Century Park East, Suite 2125
Los Angeles, CA 90067
Telephone:  (310) 278-2600
Facsimile:   (310) 278-2640
E-mail:       jtostrud@tostrudlaw.com

*Local Counsel and Counsel for the Firefighters' Pension Funds*

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice*)
Lester R. Hooker (SBN 241590)
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone:  (561) 394-3399
Facsimile:   (561) 394-3382
E-mail:       msaxena@saxenawhite.com
                   lhooker@saxenawhite.com

*Lead Counsel and Counsel for the Firefighters' Pension Funds*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2125, Los Angeles, California 90067.

On January 30, 2015, I caused to be served the following documents:

- **NOTICE OF FILING OF LEAD PLAINTIFFS' AMENDED CERTIFICATIONS**

All signatories listed in this filing, and on whose behalf the filings are submitted, concur in the filings' content and have authorized the filings.

By posting the document to the Electronic Case Filing ("ECF") Website of the United States District Court for the Central District of California, participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2015, at Los Angeles, California.

*/s/ Jon A. Tostrud*
Jon A. Tostrud

# Mailing Information for a Case 2:14-cv-02850-DSF-JCG Abdul Awad v. Herbalife Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jonathan C Dickey**
  jdickey@gibsondunn.com

- **Daniel S Floyd**
  dfloyd@gibsondunn.com,jarneson@gibsondunn.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Lester R Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com

- **Sarah L Kushner**
  skushner@gibsondunn.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Francis P McConville**
  fmcconville@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Maya Saxena**
  msaxena@saxenawhite.com

- **Jon A Tostrud**
  jtostrud@tostrudlaw.com,acarter@tostrudlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)