# EXHIBIT 1

## AMENDED CERTIFICATION AND AUTHORIZATION OF LEAD PLAINTIFF

I, Robert E. Jones, on behalf of the Oklahoma Firefighters Pension and Retirement System ("Oklahoma FF"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am authorized in my capacity as Executive Director of Oklahoma FF to initiate litigation and to execute this Certification on behalf of Oklahoma FF.

2. I have reviewed the Amended Class Action Complaint for Violation of the Federal Securities Laws ("Complaint") in this action and authorized the filing of this Certification in connection with the Complaint or any substantively similar complaint or amended complaint to be filed in the future.

3. Oklahoma FF did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

4. Oklahoma FF is willing to serve as a representative party on behalf of the Class, including by providing testimony at deposition and trial, if necessary.

5. Oklahoma FF's transactions in Herbalife, Ltd. common stock are set forth in the Schedule A attached hereto.

6. Oklahoma FF has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *In re Miller Energy Resources, Inc., Securities Litigation*, Case No. 11-cv-00386 (E.D. Tenn.)

    *Oklahoma Firefighters Pension & Retirement System v. Student Loan Corp., et al*, Case No. 12-cv-00895-NRB (S.D.N.Y.)

    *In re Mako Surgical Corporation Securities Litigation*, Case No. 12-60785-JIC (S.D. Fla.)

    *Reinschmidt v. Zillow, Inc., et al.*, Case No. 12-cv-02084-RSM (W.D. Wash.)

    *Fialkov v. Microsoft Corporation, et al.*, Case No. 13-cv-11928-DPW (D. Mass.)

    *In re Edwards Lifesciences Corp. Securities Litigation*, Case No. 13-cv-1463-JLS-RNB (C.D. Cal.)

    *Santore v. Ixia, et al.*, Case No. 13-cv-8440-MMM-SH (C.D. Cal.)

    *In re K12, Inc. Securities Litigation*, Case No. 14-cv-00108-AJT-JFA (E.D. Va.)

*In re Tower Group International, Ltd. Securities Litigation*, Case No. 13-cv-5852-AT (S.D.N.Y.)

*In re Rocket Fuel, Inc. Securities Litigation*, Case No. 4:14-cv-03998-PJH (N.D. Cal.)

7. Oklahoma FF has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

*Hoppaugh v. K12, Inc., et al.*, Case No. 12-cv-00103-CMH-IDD (E.D. Va.)

*Sanders v. Verifone Systems, Inc., et al*, Case No. 13-cv-01038-EDJ (N.D. Cal.)

*Mazzaferro v. Aruba Networks, Inc., et al.*, Case No. 13-cv-2342-YGR (N.D.Cal.)

*Singh v. Orthofix International N.V., et al.*, Case No. 13-cv-5696-JGK (S.D.N.Y.)

*In re Velti plc Securities Litigation*, Case No. 13-cv-3889-JGK (N.D. Cal.)

*Hatamian v. Advanced Micro Devices, Inc. et al.*, Case No. 14-cv-226-PJH (N.D. Cal.)

*In re Ply Gem Holdings, Inc. Securities Litigation*, Case No. 14-cv-03577-JPO (S.D.N.Y.)

8. Oklahoma FF will not accept any payment for serving as a representative party on behalf of the Class beyond Oklahoma FF's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January 2015.

Oklahoma Firefighters Pension and Retirement System

_____
Robert E. Jones, Executive Director

### SCHEDULE A
### Oklahoma Firefighters Pension and Retirement System
### Transactions in Herbalife, Ltd.
### Period: February 23, 2011 through July 29, 2014

**Beg. Hold.**      13,400

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 12/09/11 | 17,361 | $54.79 | 05/10/11 | 1,400 | $53.62 |
| 12/09/11 | 12,000 | $54.54 | 05/11/11 | 800 | $53.52 |
| 11/05/13 | 400 | $63.08 | 05/12/11 | 600 | $53.22 |
| 11/06/13 | 100 | $62.28 | 05/13/11 | 800 | $53.50 |
| 11/06/13 | 400 | $61.91 | 09/27/11 | 1,900 | $57.50 |
| 11/07/13 | 300 | $61.63 | 11/01/11 | 300 | $56.82 |
| 11/08/13 | 100 | $62.09 | 11/02/11 | 100 | $59.61 |
| 11/08/13 | 200 | $62.01 | 11/03/11 | 100 | $60.68 |
| 11/11/13 | 300 | $62.50 | 11/04/11 | 300 | $59.80 |
| 11/11/13 | 100 | $62.73 | 11/07/11 | 200 | $60.04 |
| 11/12/13 | 600 | $63.39 | 11/07/11 | 1,300 | $59.02 |
| 11/12/13 | 200 | $63.28 | 01/29/13 | 3,600 | $39.47 |
| 11/13/13 | 100 | $64.47 | 01/30/13 | 1,900 | $36.46 |
| 11/13/13 | 700 | $64.64 | 01/31/13 | 100 | $36.67 |
| 11/14/13 | 500 | $65.18 | 02/11/13 | 9,126 | $36.16 |
| 11/14/13 | 200 | $65.37 | 02/11/13 | 3,263 | $36.16 |
| 11/15/13 | 100 | $67.08 | 02/12/13 | 6,749 | $36.00 |
| 11/15/13 | 700 | $68.63 | 03/25/13 | 2,927 | $37.56 |
| 11/18/13 | 1,000 | $68.80 | 03/25/13 | 2,927 | $37.65 |
| 11/18/13 | 300 | $68.16 | 03/26/13 | 2,874 | $37.22 |
| 12/03/13 | 1,081 | $75.97 | 03/26/13 | 1,495 | $37.25 |
| 12/04/13 | 9,458 | $75.55 | 12/16/13 | 660 | $69.97 |
| 01/09/14 | 2,012 | $80.90 | 12/17/13 | 500 | $76.29 |
| 01/13/14 | 7,545 | $81.39 | 02/03/14 | 10,114 | $64.54 |
| 01/28/14 | 3,400 | $64.20 | 03/17/14 | 1,215 | $53.81 |
|  |  |  | 03/17/14 | 1,620 | $54.16 |
|  |  |  | 03/17/14 | 3,241 | $54.56 |
|  |  |  | 03/18/14 | 1,626 | $54.17 |
|  |  |  | 03/18/14 | 1,620 | $52.99 |
|  |  |  | 05/29/14 | 2,500 | $64.81 |
|  |  |  | 07/29/14 | 2,490 | $59.46 |

|  | *Post CP Sales* |  |  |
|---|---|---|---|
|  | *07/30/14* | *480* | *$56.57* |
|  | *07/31/14* | *340* | *$54.77* |
|  | *08/01/14* | *410* | *$53.09* |
|  | *08/04/14* | *380* | *$51.30* |

Notes:

Transactions prior to May 18, 2011 adjusted for 2:1 stock split