# EXHIBIT 2

## AMENDED CERTIFICATION AND AUTHORIZATION OF LEAD PLAINTIFF

I, Kelen Evans, on behalf of the City of Atlanta Firefighters' Pension Fund ("Atlanta Fire"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am authorized in my capacity as Chairman of Atlanta Fire to initiate litigation and to execute this Certification on behalf of Atlanta Fire.

2. I have reviewed the Amended Class Action Complaint for Violation of the Federal Securities Laws ("Complaint") in this action and authorized the filing of this Certification in connection with the Complaint or any substantively similar complaint or amended complaint to be filed in the future.

3. Atlanta Fire did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

4. Atlanta Fire is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

5. Atlanta Fire's transactions in Herbalife, Ltd. common stock are set forth in the Schedule A attached hereto.

6. Atlanta Fire has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

7. Atlanta Fire has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending: *None*

8. Atlanta Fire will not accept any payment for serving as a representative party on behalf of the Class beyond Atlanta Fire's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 27 day of January 2015.

The City of Atlanta Firefighters'
Pension Fund

Kelen Evans, Chairman

### SCHEDULE A
### The City of Atlanta Firefighters' Pension Fund
### Transactions in Herbalife, Ltd.
### Period: February 23, 2011 through July 29, 2014

**Beg. Hold.** 0

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 11/29/10 | 7,012 | $34.77 | 04/06/11 | 2,782 | $41.66 |
| 12/01/10 | 14,024 | $34.61 | 04/11/11 | 180 | $41.93 |
| 03/21/11 | 13,474 | $40.09 | 05/03/12 | 5,740 | $49.32 |
| 03/22/11 | 6,942 | $40.12 | 07/19/12 | 5,245 | $49.68 |
| 02/16/12 | 9,621 | $60.04 | 02/11/13 | 11,871 | $36.16 |
| 08/31/12 | 690 | $48.29 | 02/11/13 | 4,245 | $36.16 |
| 12/03/13 | 135 | $75.99 | 02/12/13 | 8,779 | $36.00 |
| 12/04/13 | 11,686 | $75.97 | 03/25/13 | 3,700 | $37.65 |
| 01/09/14 | 1,934 | $80.77 | 03/25/13 | 3,700 | $37.56 |
| 01/13/14 | 9,434 | $80.39 | 03/26/13 | 1,889 | $37.25 |
| | | | 03/26/13 | 3,632 | $37.22 |
| | | | 02/03/14 | 553 | $64.92 |
| | | | 02/03/14 | 13,889 | $64.65 |
| | | | 03/17/14 | 3,041 | $54.56 |
| | | | 03/17/14 | 1,520 | $54.16 |
| | | | 03/17/14 | 1,140 | $53.81 |
| | | | 03/18/14 | 1,525 | $54.17 |
| | | | 03/18/14 | 1,521 | $52.99 |

Notes:
Transactions prior to May 18, 2011 adjusted for 2:1 stock split