| | |
|---|---|
| 1 | **SAXENA WHITE P.A.** |
|   | Maya Saxena (*pro hac vice*) |
| 2 | Lester R. Hooker (SBN 241590) |
|   | 5200 Town Center Circle, Suite 601 |
| 3 | Boca Raton, FL  33486 |
|   | Telephone:  (561) 394-3399 |
| 4 | Facsimile:   (561) 394-3382 |
|   | E-mail:       msaxena@saxenawhite.com |
| 5 |                       lhooker@saxenawhite.com |
| 6 | *Lead Counsel for the Class and* |
|   | *Counsel for the Firefighters' Pension Funds* |
| 7 | |
|   | **TOSTRUD LAW GROUP, P.C.** |
| 8 | Jon A. Tostrud (SBN 199502) |
|   | 1925 Century Park East, Suite 2125 |
| 9 | Los Angeles, California 90067 |
|   | Telephone:  (310) 278-2600 |
| 10 | Facsimile:   (310) 278-2640 |
|   | E-mail:       jtostrud@tostrudlaw.com |
| 11 | |
|   | *Local Counsel for the Class and* |
| 12 | *Counsel for the Firefighters' Pension Funds* |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE HERBALIFE, LTD. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:14-CV-02850-DSF (JCGx) **CLASS ACTION** **NOTICE OF *IN CAMERA* SUBMISSION PURSUANT TO THE COURT'S ORDER RE FORMAT OF TIME AND EXPENSE RECORDS** |

NOTICE OF *IN CAMERA* SUBMISSION
Case No. 2:14-CV-02850-DSF (JCGx)

1    NOTICE IS HEREBY GIVEN that in accordance with the Court's Order Re
2 Format of Time and Expense Records (ECF No. 47), Court-appointed Lead
3 Counsel and Local Counsel hereby submit for the Court's *in camera* review the
4 following documents:

5   • Lead Counsel's and Local Counsel's detailed time reports through
6     December 2014 ("December 2014 Report").

7    In accordance with the Court's Order re Format of Time and Expense
8 Records, the December 2014 Report is being submitted manually for the Court's *in*
9 *camera* review without redaction.  The December 2014 Report contains or refers to
10 sensitive confidential, proprietary, and/or privileged material that is protected from
11 disclosure by the work product doctrine, attorney-client communication privilege
12 and other protections recognized by law.  Submission of the December 2014
13 Report for *in camera* review is made without waive of or prejudice to any
14 applicable privilege or protection, including without limitation the attorney-client
15 privilege or work product protection.

16 Dated: February 17, 2015         Respectfully submitted,

17
                                    By: */s/ Jon A. Tostrud*
18
19                                  **TOSTRUD LAW GROUP, P.C.**
                                    Jon A. Tostrud (SBN 199502)
20                                  1925 Century Park East, Suite 2125
                                    Los Angeles, CA 90067
21                                  Telephone:  (310) 278-2600
                                    Facsimile:   (310) 278-2640
22                                  E-mail:      jtostrud@tostrudlaw.com

23
                                    *Local Counsel and Counsel for the*
24                                  *Firefighters' Pension Funds*

25                                  **SAXENA WHITE P.A.**
                                    Maya Saxena (*pro hac vice*)
26                                  Lester R. Hooker (SBN 241590)
                                    5200 Town Center Circle, Suite 601
27                                  Boca Raton, FL 33486
                                    Telephone:  (561) 394-3399
28

|   |   |
|---|---|
| Facsimile: | (561) 394-3382 |
| E-mail: | msaxena@saxenawhite.com |
|  | lhooker@saxenawhite.com |

*Lead Counsel and Counsel for the Firefighters' Pension Funds*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2125, Los Angeles, California 90067.

On February 17, 2015, I caused to be served the following documents:

- **NOTICE OF *IN CAMERA* SUBMISSION PURSUANT TO THE COURT'S ORDER RE FORMAT OF TIME AND EXPENSE RECORDS**

All signatories listed in this filing, and on whose behalf the filings are submitted, concur in the filings' content and have authorized the filings.

By posting the document to the Electronic Case Filing ("ECF") Website of the United States District Court for the Central District of California, participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2015, at Los Angeles, California.

*/s/ Jon A. Tostrud*
Jon A. Tostrud

# Mailing Information for a Case 2:14-cv-02850-DSF-JCG Abdul Awad v. Herbalife Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jonathan C Dickey**
  jdickey@gibsondunn.com

- **Daniel S Floyd**
  dfloyd@gibsondunn.com,jarneson@gibsondunn.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Lester R Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com

- **Sarah L Kushner**
  skushner@gibsondunn.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Francis P McConville**
  fmcconville@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Maya Saxena**
  msaxena@saxenawhite.com

- **Jon A Tostrud**
  jtostrud@tostrudlaw.com,acarter@tostrudlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)