UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-2850 DSF (JCGx) | Date | 3/9/15 |
|---|---|---|---|
| Title | In re Herbalife, Ltd. Securities Litigation | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Maya Saxena | Daniel S. Floyd |
| Diane Anderson | Jonathan C. Dickey |
| Jon A Tostrud | |

**Proceedings:**     Hearing on Motion to Dismiss

    The matter is called and counsel state their appearances.  The Court hears oral argument.  The matter is under submission and a written ruling will issue.