JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HERBALIFE LTD. SECURITIES LITIGATION | Case No. CV 14-2850 DSF (JCGx)<br>**JUDGMENT** |

The Court having dismissed Plaintiff's Third Amended Complaint,

IT IS ORDERED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 11/24/15

                                      Dale S. Fischer
                           United States District Judge